B6F (Official Form 6F) (12/07)

In re **Karen Jones**, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **AFS ASSIG 3472**<br><br>**Arrow Financial Services**<br>**5996 W. Touhy Ave**<br>**Niles, IL 60714-4610** | | - | **Credit card purchases** | | | | **600.00** |
| Account No. **xxxx9227**<br><br>**Arrow Financial Services LLC**<br>**Capital Mgmt Services, LP**<br>**726 Exchange St. - Suite 700**<br>**Buffalo, NY 14210** | | - | **Credit card purchases - Premier Bankcard** | | | | **600.00** |
| Account No. **xxxx7043**<br><br>**Asset Acceptance Corp.**<br>**POB 2039**<br>**Warren, MI 48090-2036** | | - | **Credit card purchases - BankFirst** | | | | **800.00** |
| Account No. **xxxxxxxxxxxxxxxx/xxxx6917**<br><br>**Bank of America**<br>**POB 15026**<br>**Wilmington, DE 19850-5026** | | - | **Credit card purchases** | | | | **1,700.00** |

___3___ continuation sheets attached

Subtotal (Total of this page) **3,700.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037  S/N:26356-081118  Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Karen Jones**  ,                                              Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1633** <br><br> **Cavalry Portfolio Services** <br> **7 Skyline Drive** <br> **Hawthorne, NY 10532** | | - | **telephone services - AT&T** | | | | **210.00** |
| Account No. **xxxx-xxxx-xxxx-2752** <br><br> **Credit One Bank** <br> **POB 98873** <br> **Las Vegas, NV 89193** | | - | **Credit card purchases** | | | | **400.00** |
| Account No. **xxxxxxxx7582** <br><br> **Debt Recovery Solutions** <br> **900 Merchants Concourse** <br> **Suite 106** <br> **Westbury, NY 11590** | | - | **telephone services - Verizon** | | | | **525.00** |
| Account No. **xxxxxx EECxxx6434** <br><br> **Erin II, LLC** <br> **c/o Eltman, Eltman & Cooper,PC** <br> **140 Broadway, 26th FL** <br> **New York, NY 10005-1108** | | - | **Credit card purchases - Orchard Bank** | | | | **2,500.00** |
| Account No. **xxxxxxxx6566** <br><br> **First Premier** <br> **900 W. Delaware St.** <br> **Sioux Falls, SD 57104** | | - | **Credit card purchases** | | | | **375.00** |

Sheet no. __1__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **4,010.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Karen Jones**                                                  ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx072-B2** <br><br> **K. Jordan** <br> **913 First Ave.** <br> **Chippewa Falls, WI 54729** | | - | **Credit card purchases** | | | | **120.00** |
| Account No. **xxxxxxx72-02** <br><br> **Mason Direct** <br> **1251 First Ave** <br> **Chippewa Falls, WI 54774** | | - | **Credit card purchases** | | | | **100.00** |
| Account No. **xxxxxx9719** <br><br> **Midland Credit Mgmt Inc.** <br> **8875 Aero Drive Ste 200** <br> **San Diego, CA 92123** | | - | **Credit card purchases - Tribute mastercard** | | | | **1,200.00** |
| Account No. **1416** <br><br> **NCO Fin/22** <br> **507 Prudential Road** <br> **Horsham, PA 19044-2308** | | - | **Credit card purchases** | | | | **80.00** |
| Account No. **xxxxxxxx2300** <br><br> **Perimeter Credit, LLC** <br> **c/o NCO Financial Systems, Inc** <br> **507 Prudential Raod** <br> **Horsham, PA 19044** | | - | **Credit card purchases - Wells Fargo** | | | | **1,650.00** |

Sheet no. __2__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **3,150.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Karen Jones**, Case No. _____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx3705** <br><br> **Seventh Avenue** <br> **1112 7th Ave.** <br> **Monroe, WI 53566-1364** | | - | **purchases** | | | | **375.00** |
| Account No. <br><br> **T Mobile** <br> **POB 7425967** <br> **Cincinnati, OH 45274-2596** | | - | **telephone services** | | | | **900.00** |
| Account No. **xxxxxxx05-84A** <br><br> **The Swiss Colony** <br> **1112 7th Ave** <br> **Monroe, WI 53566-1364** | | - | **purchases** | | | | **350.00** |
| Account No. **xxxxx2550** <br><br> **TNB-Target** <br> **POB 673** <br> **Minneapolis, MN 55440-0673** | | - | **Credit card purchases** | | | | **268.00** |
| Account No. **xxxxx7157** <br><br> **WFN-Tthe Avenue** <br> **POB 29185** <br> **Mission, KS 66201-9185** | | - | **Credit card purchases** | | | | **250.00** |

Sheet no. __3__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **2,143.00**

Total (Report on Summary of Schedules) **13,003.00**