UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
––––––––––––––––––––––––––––––––––––––––––X

In Re:                                                                                    **CHAPTER** 7
Karen Jones                                                                       **CASE NO.:** 08−23621−ash

                                      Debtor(s)
––––––––––––––––––––––––––––––––––––––––––X

## **AMENDED DISCHARGE OF DEBTOR ORDER OF FINAL DECREE**

      It has been brought to the Court's attention that the Discharge of Debtor Order of Final Decree entered in this case on February 13, 2009 was not in compliance with The Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 due to a clerical error; and the Debtor having been required to comply with the Bankruptcy Code in effect at the time the discharge order was entered, see *Commissioner of Administrative Services v. Spell (In re Spell)*, 650 F.2d 375, 377 (2d Cir. 1981); it is hereby

      **ORDERED** that pursuant to the power of this Court under 11 U.S.C. § 105(a) and Rule 60(a), which states that "[t]he court may correct a clerical mistake or mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record. The court may do so on motion or on its own, with or without notice;" and is made applicable to bankruptcy cases under Federal Rule of Bankruptcy Procedure 9024, the order entered by the Court on February 13, 2009 is amended *nunc pro tunc* to comply with the Bankruptcy Code in effect at the time the discharge order was entered.

Dated: September 5, 2017
       White Plains , New York                                            /s/ Cecelia G. Morris
                                                                            Hon. Cecelia G. Morris
                                                                             Chief U.S. Bankrupty Judge

      *Inquiries concerning this order may be directed to the Clerk's Office, at 914−467−7250.